UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-422M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ELIZABETH LAURIE LAPLANTE ANGOUS, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Aggravated Identity Theft (two counts)

<u>Date of Detention Hearing</u>:   September 8 and 16, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged by Complaint with two counts of Aggravated Identity Theft, which alleges that the defendant used the identification of another person to commit wire fraud.

    (2)    The defendant's criminal records history includes multiple charges of forgery and identity theft since 2001. The defendant has repeatedly failed to appear for court hearings,

following which bench warrants were issued. The AUSA proffers evidence that there are six current failures to appear that can be attributed to the defendant. The AUSA proffers evidence to support the contention that the defendant has been involved in multiple instances of disguising her physical identity, utilizing false identity documents, and fraudulently obtaining funds from the bank accounts of numerous individuals.

(3) The defendant reports that she has been unemployed since 2004. There are discrepancies as to where she is residing. She reports an address in a building which is said to be condemned by the City of Seattle and not subject to anyone legally living in the building. She continues to assert that this is her correct residence, while the AUSA suggests that it may simply be a mail drop. The defendant is alleged to have given a second address in Seattle at a house which the owner contends the defendant was not a tenant. The defendant disputes that contention.

(4) The defendant poses a risk of nonappearance due to several alias names, the nature of the instant offense, a history of failing to appear, a history of failure to comply with court orders, the defendant's access to false identity documents, lack of stable employment, contradictory information regarding her residence, and information indicating that her criminal conduct was ongoing. The defendant poses a risk of danger due to the nature of the instant offense and multiple recent convictions for the same or similar offense.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  16th  day of September, 2005.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91

counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  16th  day of September, 2005.

Mary Alice Theiler
United States Magistrate Judge